**FILED**
July 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JUAN ANTONIO LINARES GUTIERREZ, A# 244 646 856,** | § | |
| **Petitioner,** | § | **SA-26-CV-04250-OLG** |
| **v.** | § | |
| **DIRECTOR, T. Don Hutto Processing Center, ET AL.,** | § | |
| **Respondents.** | § | |

**ORDER OF TRANSFER**

*Pro se* Petitioner Juan Antonio Linares Gutierrez, an immigration detainee, filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus in the United States District Court for the Western District of Texas, San Antonio Division, seeking relief from his current detention. (Dkt. No. 1). Upon review, the Court finds this matter should be transferred to the United States District Court for the Western District of Texas, Austin Division. Linares Gutierrez is detained in the T. Don Hutto Detention Center in Taylor, Texas, which is in Williamson County within the geographical boundaries of the Austin Division of the Western District of Texas. (Dkt. No. 1); *see* 28 U.S.C. § 125(d)(1). Thus, this Court finds a transfer is appropriate.

**IT IS THEREFORE ORDERED** that the above–referenced cause, *Juan Antonio Linares Gutierrez v. Director, T. Don Hutto Proc. Ctr., et al.*, No. 5:26-CV-04250-OLG is

**TRANSFERRED** to the United States District Court for the Western District of Texas, Austin Division.

It is **SO ORDERED**.

**SIGNED** this 10th day of July, 2026.

ORLANDO L. GARCIA
United States District Judge